IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GATLIN, et al., | CASE NO. CV F 11-0556 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS ACTION** |
| vs. | (Docs. 8, 9, 22.) |
| MERCED COUNTY, et al, | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action in its entirety;

2. VACATES all pending matters and dates; including the June 30, 2011 hearing on defendants' F.R.Civ.P. 12(b)(6) motions to dismiss[1] and the July 7, 2011 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   June 24, 2011**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

---

[1] This Court will take no further action on the motions to dismiss.

1